# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:08-CR-225- |
| | § | ALM-KPJ |
| VERONICA MEDRANO (4) | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Now before the Court is the request for revocation of Defendant Veronica Medrano's ("Defendant") supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on February 7, 2022, to determine whether Defendant violated her supervised release. Defendant was represented by Roberto Balli. The Government was represented by Assistant United States Attorney Marisa Miller.

Defendant was sentenced on August 19, 2010, before The Honorable Richard A. Schell of the Eastern District of Texas after pleading guilty to the offense of Conspiracy to Manufacture, Distribute, Dispense or Possess with Intent to Manufacture, Distribute or, a Class B felony. This offense carried a statutory maximum imprisonment term of 40 years. The guideline imprisonment range, based on a total offense level of 21 and a criminal history category of I, was 37 to 46 months. Defendant was subsequently sentenced to 37 months imprisonment followed by a 5 year term of supervised release. She was subject to the standard conditions of release, plus special conditions to include financial disclosure, drug testing and treatment, mental health treatment, and a $100 special assessment. On November 4, 2011, Defendant completed her period of imprisonment and began service of the supervision term. On August 6, 2018, this case was reassigned to United States District Judge Amos L. Mazzant, III.

On October 31, 2013, the United States Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision [Dkt. 175, Sealed]. The Petition asserts that Defendant violated four (4) conditions of supervision, as follows: (1) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (2) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered; (3) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month; and (4) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment [Dkt. 175 at 1-2, Sealed].

The Petition alleges that Defendant committed the following acts: (1) (2) Defendant violated these conditions of supervised release by using and possessing methamphetamine and cocaine, illegal controlled substances, in or about June 2013. On June 26, 2013, Defendant submitted a urine specimen at the United States Probation Office in Dallas, Texas, that tested positive for methamphetamine and cocaine; and (3) (4) Defendant failed to report for the month of October 2013. Additionally, she moved out of her apartment on or before October 8, 2013. She has not reported her change of address to the United States probation office and her current whereabouts is unknown. She is considered to be an absconder [Dkt. 175 at 1-2, Sealed].

Prior to the Government putting on its case, Defendant entered a plea of true to allegations 1 through and 4 of the Petition. Having considered the Petition and the plea of true to allegations 1 through 4, the Court finds that Defendant did violate her conditions of supervised release.

Defendant waived her right to allocute before the District Judge and her right to object to the report and recommendation of this Court [Dkts. 197, 198].

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant's supervised release be revoked and that she be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of imprisonment of nine (9) months, with no term of supervised release to follow.

The Court also recommends that Defendant be housed in the Bureau of Prisons facility FCI Carswell (Fort Worth, Texas), if appropriate.

**SIGNED this 21st day of March, 2022.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE